Nick Beduhn
1309 Sheridan Ave
P.O. Box 880
Cody, WY 82414
307.587.2285
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs | ) | Case No. 10 CR 329-F |
| | ) | |
| John Michael Morgan, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ORDER TO PROVIDE MEDICAL TREATMENT**

COMES NOW, the Defendant, by and through counsel Nick Beduhn, and respectfully moves this Court for an Order allowing the United States Marshall to provide medical treatment for the Defendant. In support of this Motion, the defense states as follows:

1. Mr. John Morgan is suffering from significant anxiety, depression and insomnia.

2. Mr. John Morgan was previously on medication for these conditions.

3. The long-term discontinuation of this medication coupled with the stress of incarceration has exacerbated Mr. Morgan's anxiety, depression and insomnia.

4. Further, the undersigned attorney has consulted with Scotts Bluff County Jail, and a mental health provider comes to that location once every two weeks.

5. Finally, the undersigned attorney has consulted with United States Attorney Darrell Fun, and the United States of America does not object to the this request.

**WHEREFORE**, the undersigned moves the Court for an order instructing the US Marshall to take the Defendant to see a mental health professional for appropriate treatment.

DATED this 20th day of April, 2011/

By: */s/ Nick Beduhn*
Goppert, Smith & Beduhn
1309 Sheridan Ave
P.O. Box 880
Cody, WY 82414

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on the 20th of April 20111 by district court electronic submission to all pertinent parties.

*/s/ Nick Beduhn*
Nick Beduhn

2