# CRITICAL MINUTE SHEET
☐ Arraignment / Change of Plea ☑

Date 06/08/11
Time 10:40 a.m. - 11:36 a.m.

Case No. 10-CR-329-4F
Interpreter none
Int. Phone

## USA vs. JOHN MICHAEL MORGAN

| Nancy D. Freudenthal | Abby Logan | Marissa Racine | Kris Danni | Jon Goodman |
|---|---|---|---|---|
| JUDGE | CLERK | CT REPORTER | PROBATION | MARSHAL |

APPEARANCES   Government  Darrell Fun

Defendant  Nick Beduhn
☐ CJA  ☐ FPD  ☑ RET  ☐ WAIVED

☐ Defendant waives Indictment
☐ Information filed by Government
☑ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**
☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s) 1 and Count 7 of an Superseding Indictment
☐ Nolo Contendre

**NOT GUILTY PLEA**
☐ Court accepts Nolo Contendre Plea
☐ Court orders discovery per Rule 16 FRCrP
☐ Court orders access to Grand Jury Transcripts
☐ Motions to be filed in ___ days or on/before
☐ Trial date set for ___ at ___ In
☐ Speedy trial expires on
☐ Other

**GUILTY PLEA**
☑ Court is satisfied there is factual basis for plea of guilty
☑ Defendant referred to probation for presentence investigation
☑ Defendant advised on consequences of a plea of guilty
☑ Plea Agreement filed
☐ Sentencing set for ___ at ___ In
☐ Plea conditionally accepted
☑ Count(s) 2, 4, 8 to be dismissed at time of sentencing

**BOND IS** ☑ Defendant is detained
☐ Set at $ _____    ☐ Cash or Surety  ☐ Unsecured
☐ Continued on the same terms and conditions
☐ Continued on bond with the additional conditions:
☐ Released on bond with the following conditions:

☐ 3rd party custody of _____
☐ Report to Pretrial Services as directed
☐ Maintain current residence
☐ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☐ Submit to drug/alcohol testing
☐ Surrender passport to _____
☐ Obey all laws. Federal, State and Local
☐ Undergo Medical/Psychiatric treatment/exam
☑ Other

☐ Seek/Maintain employment
☐ Travel restricted to _____
☐ Abide by the following curfew
☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess
☐ Avoid all contact with
☐ Post property or sum of money _____
☐ Do not obtain passport

Defendant waived his right to a speedy sentencing in this matter as set forth in the Plea Agreement;