Nick Beduhn
1309 Sheridan Ave
P.O. Box 880
Cody, WY 82414
307.587.2285
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                            )<br>                        Plaintiff         )<br>                                                            )<br>        vs                                             )<br>                                                            )<br>John Michael Morgan,                  )<br>                                                            )<br>                        Defendant.    ) | Case No. 10 CR 329-F |

## MOTION FOR BOND HEARING

COMES NOW, the Defendant, by and through counsel Nick Beduhn, and respectfully moves this Court for a modification of bond and to set a hearing to argue bond pursuant to 18 U.S.C. 3142. In support of this Motion, the defendant states as follows:

1. Mr. John Morgan is a long-term resident of Greybull, WY.
2. Mr. John Morgan's mother, Lisa Morgan, has agreed to act as a third-party custodian for him.
3. Mr. John Morgan's bond was denied on November, 29 2010 by the Honorable R. Michael Shickich, and the Court did indicate it would revisit the issue if the defense files a motion.
4. Mr. John Morgan has since changed his plea pursuant to a plea agreement with United States of America on June 8, 2011.

1

5. At the time of Mr. John's Morgan's change of plea hearing, the trial with the other co-conspirators was set to begin on June 13, 2011. Shortly after the change of plea hearing, the last co-conspirator was arrested, and this caused a continuance of the trial.
6. Pursuant to the plea agreement with the United States of America, Mr. John Morgan waived his right to a speedy sentencing.
7. Mr. John Morgan fully recognizes his impending sentence, but wishes to spend time with his immediate family and fiancé prior to his incarceration.
8. Mr. John Morgan has been incarcerated since November of 2010, and does not pose a risk to the community due to his prior drug use. Further, if the Court is concerned with this potential issue, Mr. Morgan can attend outpatient treatment therapy with Big Horn County Counseling, located in Big Horn County, during his pretrial release.
9. Further, if the Court wishes, Mr. John Morgan can be provided with a GPS ankle monitor with a bondsman in northwest Wyoming to ensure his whereabouts.
10. Mr. John Morgan has opportunities to become employed if he were released.
11. Mr. John Morgan can also do daily check-ins at the Big Horn County Sheriffs office.
12. Mr. John Morgan would further comply with a curfew, if it were set by this Court.
13. Mr. John Morgan further wishes that at the time of his Sentencing Hearing, he would report back to the Court as a self-surrender.
14. Finally, it is currently unknown when the trial will be set due to the last con-conspirator not being brought into this district yet.

**WHEREFORE**, the undersigned moves the Court for a hearing so that the Defendant can be heard on bond, and that the Court finds Mr. Morgan is not a risk to the community, that Mr. John Morgan will appear before this Court as required.

DATED this 23rd day of June, 2011/

By: */s/ Nick Beduhn*
Goppert, Smith & Beduhn
1309 Sheridan Ave
P.O. Box 880
Cody, WY 82414

**CERTIFICATE OF SERVICE**

 I hereby certify that the foregoing was served on the 13th of June 2011 by district court electronic submission to all pertinent parties.

*/s/ Nick Beduhn*
Nick Beduhn