Nick Beduhn
1309 Sheridan Ave
P.O. Box 880
Cody, WY 82414
307.587.2285
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff  ) <br>)<br>vs    )<br>)<br>John Michael Morgan,  )<br>)<br>    Defendant.  ) | Case No. 10 CR 329-F |

**MOTION TO CONTINUE SENTENCING HEARING**

   COMES NOW, the Defendant, by and through counsel Nick Beduhn, and respectfully moves this Court for a Continuance of the Sentencing Hearing set for the December 7, 2011. In support of this Motion, the defendant states as follows:

1. Mr. John Morgan and his counsel only had a five (5) business days to get prepared for his Sentencing Hearing, and it is respectfully requested that more time will be needed for an effective preparation.

2. Mr. John Morgan and his counsel will need additional time to properly prepare for the Sentencing Hearing.

3. Counsel for Mr. Morgan has spoken with U.S. Attorney Darrel Fun, and the United States has no objection to this request for a Continuance.

   **WHEREFORE**, the undersigned moves the Court to reset the Sentencing Hearing set for December 7, 2011 at 10:00 A.M. so that the Defendant, his family and his

counsel may be granted more time to properly prepare for Mr. Morgan's Sentencing Hearing.

DATED this 1st day of December, 2011/

By:  /s/ Nick Beduhn
Goppert, Smith & Beduhn
1309 Sheridan Ave
P.O. Box 880
Cody, WY 82414
307.587.2285

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on the 1st day of December 2011 by district court electronic submission to all pertinent parties.

/s/ Nick Beduhn
Nick Beduhn