FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

DEC 02 2011

Stephan Harris, Clerk
Cheyenne

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Case No. 10-CR-329-F |
| JOHN MICHAEL MORGAN, | |
| Defendant. | |

**ORDER DENYING JOHN MORGAN'S MOTION FOR CONTINUANCE**

This matter is before the Court on Mr. Morgan's Motion for a Continuance of his sentencing hearing currently scheduled for December 7, 2011. Defendant's sentencing was originally scheduled for December 2, 2011. The Court continued the sentencing hearing to December 7, 2011.

Defendant now claims that he only had five days to prepare for his sentencing hearing. However, Defendant actually has five **additional** days to prepare for his sentencing in addition to the previous time. The five days for the continuance is in addition to the time before the Court continued this hearing. Therefore, Defendant has had adequate time to prepare for sentencing.

Defendant has not provided the Court with any good reason to continue the sentencing hearing. On November 14, 2011, the Court notified Defendant, through counsel, that his sentencing hearing was scheduled for December 2, 2011. The Court's continuance provided Defendant with additional time to prepare for sentencing. Accordingly, Defendant's Motion for Continuance is **DENIED.**

Dated this 1st day of December, 2011.

NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE